UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES BUNKER,<br><br>Defendant. | 4:21-CR-40056-01-KES<br><br><br>ORDER CONTINUING TRIAL |

This matter is currently set for trial on March 21, 2023, a date for which the court is not available. Thus, trial will be reset for March 28, 2023, a date agreeable to both parties, and the following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | February 7, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | February 7, 2023 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to February 24, 2023 |
| Applications for Writ of Habeas Corpus Ad Testificandum | March 7, 2023 |
| Other motions | March 14, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | March 14, 2023 |
| Plea agreement or petition to plead and statement of factual basis | March 14, 2023 |

| Notify court of status of case | March 14, 2023 |
|---|---|
| Motions in limine | March 21, 2023 |
| Proposed jury instructions due | March 21, 2023 |
| Jury trial | Tuesday, March 28, 2023, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated August 3, 2022.

                BY THE COURT:

                /s/ *Karen E. Schreier*
                KAREN E. SCHREIER
                UNITED STATES DISTRICT JUDGE