UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JAMES BUNKER,<br><br>　　　　Defendant. | 4:21-CR-40056-KES<br><br><br>ORDER ACCEPTING<br>REPORT & RECOMMENDATION |

　　　　On November 8, 2023, defendant, James Bunker, appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea of guilty to Count 8 of the Second Superseding Indictment. Count 8 of the Second Superseding Indictment charges Bunker with making a false statement to a financial institution in violation of 18 U.S.C. § 1014. The parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

　　　　ORDERED that the report and recommendation (Docket 69) is adopted. The defendant is adjudged guilty of making a false statement to a financial institution in violation of 18 U.S.C. § 1014.

　　　　It is FURTHER ORDERED that the sentencing hearing in this matter will be held on March 4, 2024, at 9:00 a.m. in Sioux Falls Courtroom 2.

　　　　Dated November 9, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE